In the Matter of the Petition of JOHN R. VOORHIS to Vacate an Assessment.

In proceedings under the act of 1858 (Chap. 338, Laws of 1858) to vacate an assessment for a local improvement in the city of New York, the burden is upon the petitioner of establishing the irregularity or illegality of the assessment; the presumption is in favor of its regularity and legality.

(Argued November 14, 1882; decided November 28, 1882.)

THIS was a proceeding under the act chapter 338, Laws of 1858, to vacate an assessment for a local improvement because of certain alleged irregularities and illegalities. The court reverse the orders of General and Special Terms upon the ground of

entire absence of any evidence showing any irregularity or illegality in the assessment, stating ,the rule as above, and citing *In re Hebrew Benevolent Orphan Asylum* (70 N. Y. 476); *In re Bassford* (50 id. 512).

*D. J. Dean* for appellant.

*E. M. Neville* for respondent.

EARL, J., reads for reversal of orders of Special and General Terms, and case remitted to Special Term for a new hearing upon the petition.

All concur, except TRACY, J., absent.

Ordered accordingly.